**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**ABDU AL QADER HUSSAIN AL-**            )
**MUDAFARI,**                            )
                    **Petitioner**       )
                                        )
**v.**                                   )          **Civil Action No. 05-cv-2185 (RCL)**
                                        )
**BARACK H. OBAMA,** *et al.*,           )
                    **Respondents.**     )
                                        )
_____)

**ORDER GRANTING PETITIONER'S**
**CONSENT MOTION FOR EXTENSION OF TIME**

THIS CAUSE comes before the Court upon Petitioner's Consent Motion for Extension of Time.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

1. ORDERED that Petitioner's Motion is GRANTED;

2. ORDERED that the parties shall file a Joint Status Report on or before January 27, 2011, in which they will either:

> a. notify the Court that Petitioner seeks to move for additional discovery and/or additional amendment to his Traverse and propose a briefing schedule on that matter; or

> b. propose a briefing schedule for the parties' cross-motions for judgment on the record.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on January 4, 2011.